People v Antwan Williams, No. 152668; Court of Appeals No. 322022.

People v Monte Arnold, No. 152677; Court of Appeals No. 322146.

People v Gibbs, No. 152679; Court of Appeals No. 328286.

People v Myron Williams, No. 152682; Court of Appeals No. 321582.

Huron City Company v Parcells, No. 152686; Court of Appeals No. 327988.

People v Jonathan May, No. 152687; Court of Appeals No. 320635.

People v Knight, No. 152692; Court of Appeals No. 320631.

People v Limon, No. 152693; Court of Appeals No. 328701.

People v Pennebaker, No. 152694; Court of Appeals No. 322117.

Feldkamp v Department of Treasury, No. 152697; Court of Appeals No. 321735.

People v Bergman, No. 152698; reported below: 312 Mich App 471.

Morris v Delvin, No. 152705; Court of Appeals No. 328673.

People v Laye, No. 152710; Court of Appeals No. 322428.

Taizhou Golden Sun Arts & Crafts Co, Ltd v Colorbok, LLC, No. 152712; Court of Appeals No. 320129.

People v Tenisha Jackson, No. 152722; Court of Appeals No. 328941.

People v Lamarr Robinson, No. 152728; Court of Appeals No. 321841.

People v Lang, No. 152729; Court of Appeals No. 328831.

People v Desmond Clark, No. 152732; Court of Appeals No. 329049.

People v Crystal Williams, No. 152739; Court of Appeals No. 322606.

Olivares v Ann Arbor Housing Commission, No. 152744; Court of Appeals No. 322232.

People v Brian White, No. 152748; Court of Appeals No. 320696.

People v Cuellar, No. 152751; Court of Appeals No. 319872.

People v Charles Jackson, No. 152760; Court of Appeals No. 328779.

Morton v Thumb Correctional Facility Warden, No. 152761; Court of Appeals No. 327144.

People v Kevin Jackson, No. 152769; reported below: 313 Mich App 409.